U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA
MAR 03 2026
FILED ___ RECEIVED ___

*Intercoastal Financial, LLC*
*7954 Transit Rd. Suite 144*
*Williamsville, NY 14221*
*Phone (716) 867-7923*
*Fax (928) 447-9589*
*gbechakas@outlook.com*
*www.intercoastalfinancialllc.com*

Please file this assignment of judgment under both cases:

Case # 09-27377-BKC-AJC and especially

Case # Ad. Pro. Case No.: 11-02372-AJC

Thank you.

Sincerely,

George Bechakas
CEO
Intercoastal Financial, LLC

Send original back

Barry E. Mukamal
P. O. Box 14183,
Fort Lauderdale, FL 33302
(786) -517-5760
PLAINTIFF

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **In re:** | |
| **KENNETH E. ROSEN** | **Case No.: 09-27377- BKC-AJC** **Chapter 7** |
| **Debtor.** | **Ad. Pro. Case No.: 11-02372-AJC** |
| **BARRY E. MUKAMAL, as TRUSTEE** **Plaintiff,** **v.** | |
| **MICHAEL MOED** **Defendant** | **ASSIGNMENT OF JUDGMENT** |

COMES NOW, PLAINTIFF/ JUDGMENT CREDITOR, BARRY E. MUKAMAL,, in the above captioned matter, and hereby files this Assignment of Judgment.
In support thereof, the following information is provided:

1) THAT the original Judgment was entered on or about 09/08/2011.

2) THAT Judgment was entered in favor of Plaintiff and against Defendant, **MICHAEL MOED.**

3) THAT the court awarded a judgment in the total amount of $43,300.00. plus post-judgment interest at the statutory rate until paid in full.

4) THAT there have been no renewals since the entry of said judgment by this Court and the Plaintiff(s) has/ have received $0.00 of judgment from Defendants.

5) THAT **BARRY E. MUKAMAL as Chapter 7 Bankruptcy Trustee of the Estate of Kenneth E. Roben,** at P. O. Box 14183, Fort Lauderdale, FL 33302, is/ was the plaintiff and judgment creditor of record.

6) THAT the last address of record for the judgment debtor is/ was 110 Washington Avenue, Miami Beach, FL 33139.

7) THAT I /We hereby authorize, without limitation, the transfer and assignment of All title, rights, interests and authority, and all other rights in law and/ or equity be past, present or future, in said judgment to the following person:

PANORAMA ASSET RECOVERY LLC
7954 TRANSIT ROAD., #144,
BUFFALO NY 14221

8) THAT I/ We relinquish all claims of right(s) in the above captioned matter to **PANORAMA ASSET RECOVERY LLC** as a full and final assignment, and pray the Clerk of the Court file this Assignment in the above captioned case forthwith.

Signed this 24 day of February, 2026 at Fort Lauderdale, FL.

Signature: [signature]

**BARRY E. MUKAMAL as Chapter 7 Bankruptcy Trustee of the Estate of Kenneth E. Roben**

State of Florida
County of Broward

Subscribed and Sworn to Barry Mukamal before me on the 24th of February, 2026, who is personally known to me.



[signature]
Jason M. Charles
My commission expires: 9/22/29.

NOTARY PUBLIC STATE OF FLORIDA
JASON M. CHARLES
Commission # HH 717094
Expires September 22, 2029